1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2   Including Professional Corporations
   PETER H. KLEE, Cal. Bar No. 111707
3  PKlee@sheppardmullin.com
   JOHN D. EDSON, Cal. Bar No. 185709
4  JEdson@sheppardmullin.com
   CHRISTINA DING, Cal. Bar. No. 286009
5  CDing@sheppardmullin.com
   501 West Broadway, 19th Floor
6  San Diego, California 92101-3598
   Telephone:  619.338.6500
7  Facsimile:   619.234.3815

8  Attorneys for Allstate Insurance Company
   (erroneously sued as "Allstate Property
9  and Casualty Insurance Company")

10                 UNITED STATES DISTRICT COURT

11         CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| 12  MATTHEW POTURICH AND TERESA POTURICH, | Case No. 5:15-cv-00081-GW-KKx |
| 13         Plaintiffs, | The Hon. Kenly Kiya Kato<br>Courtroom 3/4 Third Floor |
| 14     v. | **ALLSTATE'S NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFFS TO RESPOND TO WRITTEN DISCOVERY AND PRODUCE DOCUMENTS AND MOTION FOR MONETARY SANCTIONS** |
| 15  ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1 through 50, inclusive, | |
| 16 | |
| 17 | |
| 18         Defendants. | |
| 19 | Date:      July 23, 2015<br>Time:      10:00 a.m.<br>Dept.:      Courtroom 3/4 |
| 20 | |
| 21 | Complaint Filed:  December 12, 2014<br>Trial Date:           TBD |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 23, 2015, at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 3/4 Third Floor of the above-captioned court, located at 3470 Twelfth Street, Riverside, CA 92501, defendant Allstate Insurance Company ("Allstate") will and hereby does move for an order (i) finding that plaintiffs have waived all objections to written discovery; (ii) compelling plaintiffs to respond to interrogatories without objections; (iii) compelling plaintiffs to respond to requests for production of documents without objections; and (iv) sanctioning Plaintiffs and their counsel $2,960.00 for failure to comply with court rules.

This Motion is made pursuant to Federal Rules of Civil Procedure Rules 33, 34 and 37, on the basis that plaintiffs have failed to respond to written discovery, failed to produce documents, and failed to cooperate in meet and confer efforts. Consequently, Allstate requests that this Court order the following:

(1) Plaintiffs have waived all objections to Allstate's propounded discovery;

(2) Plaintiffs must comply with Rule 33 and respond to interrogatories without objections;

(3) Plaintiffs must comply with Rule 34 and respond to requests for production of documents and produce all responsive documents without objections; and

(4) Under Rule 37, Allstate should be awarded sanctions in the amount of $2,960.00 as a result of plaintiffs' failure to comply with court rules.

**Local Rule 37-1 Meet and Confer Efforts**:

Pursuant to Local Rule 37-1, Allstate has attempted to contact Plaintiffs' counsel on three separate occasions to meet and confer regarding this discovery dispute. Plaintiffs have not responded to any of Allstate's efforts. (*See* Declaration of Christina Ding ¶¶ 1-8, attached hereto.)

1   The Motion is based on this Notice of Motion and Motion, the attached
2   Memorandum of Points and Authorities, the attached Declaration of Christina Ding
3   filed concurrently herewith, the attached Exhibits, the pleadings and records on file
4   in this action, other matters of which the Court may take judicial notice, and such
5   matters as may be presented at the hearing on the Motion.

7   Dated: June 19, 2015         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

9                                By        s/ Christina Ding
10                                         CHRISTINA DING

11                                Attorneys for Allstate Insurance Company
12                                (erroneously sued also as Allstate Property and
                                  Casualty Insurance Company)