SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
PKlee@sheppardmullin.com
JOHN D. EDSON, Cal. Bar No. 185709
JEdson@sheppardmullin.com
CHRISTINA DING, Cal. Bar. No. 286009
CDing@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:   619.234.3815


Attorneys for Allstate Insurance Company
(erroneously sued as "Allstate Property
and Casualty Insurance Company")

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MATTHEW POTURICH AND TERESA POTURICH,<br><br>              Plaintiffs,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. 5:15-cv-00081-GW-KKx<br><br>The Hon. Kenly Kiya Kato<br>Courtroom 3/4 Third Floor<br><br>**DECLARATION OF CHRISTINA DING IN SUPPORT OF ALLSTATE'S MOTION TO COMPEL PLAINTIFFS TO RESPOND TO WRITTEN DISCOVERY AND PRODUCE DOCUMENTS AND MOTION FOR MONETARY SANCTIONS**<br><br>Date:         July 23, 2015<br>Time:        10:00 a.m.<br>Dept.:       Courtroom 3/4<br><br>Complaint Filed:   December 12, 2014<br>Trial Date:            TBD |

SMRH:438985597.1

# DECLARATION OF CHRISTINA DING

I, Christina Ding, declare:

1.      I am an attorney with the law firm of Sheppard Mullin Richter & Hampton LLP, attorneys of record for Allstate Insurance Company in this matter. I have personal, first-hand knowledge of the following facts.

2.      I submit this declaration in support of Allstate's motion to compel plaintiffs' responses to written discovery and the production of documents.

3.      On April 30, 2015, my office served document requests and interrogatories on plaintiffs. The discovery sought basic information about the nature of plaintiffs' claims in the complaint. Plaintiffs' deadline to respond was June 2, 2015. Attached as Exhibit 1 is a true and correct copy of Allstate's requests for production of documents and interrogatories.

4.      Having received no response from plaintiffs, I sent a letter on June 8, 2015, informing plaintiffs that they had waived objections by failing to timely respond to written discovery and requesting responses to the written discovery without objections by June 16, 2015. I further informed plaintiffs' counsel that Allstate intended to depose plaintiffs by the end of July and needed to review plaintiffs' written responses before those depositions. I invited plaintiffs' counsel to contact me if they wanted to discuss the dispute. Attached as Exhibit 2 is a true and correct copy of the letter that was mailed and emailed to plaintiffs' counsel.

5.      Having received no response from plaintiffs, I sent an email to counsel on June 17, 2015, requesting a telephone conference that same day in order to informally resolve this discovery dispute. Attached as Exhibit 3 is a true and correct copy of my email correspondence.

6.      Again receiving no response from plaintiffs, I sent a third email to counsel on June 18, 2015, informing counsel that I would be forced to file a motion to compel if I did not hear from them. Attached as Exhibit 4 is a true and correct copy of my third email correspondence.

7.      To date, neither I nor anyone in my office has received any communication from plaintiffs' counsel regarding this discovery dispute.

8.      I spent over five hours researching and preparing this motion, including the supporting declaration and exhibits.  I expect to spend, at a minimum, an additional two hours in connection with preparing a reply brief and one hour handling the hearing on this matter.  My billing rate is $370.00 per hour.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct; executed June 19, 2015 at San Diego, CA.

Christina Ding

SMRH:438985597.1
DING DECLARATION IN SUPPORT OF ALLSTATE'S MOTION TO COMPEL AND FOR SANCTIONS