SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
PKlee@sheppardmullin.com
JOHN D. EDSON, Cal. Bar No. 185709
JEdson@sheppardmullin.com
CHRISTINA DING, Cal. Bar. No. 286009
CDing@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:   619.234.3815

Attorneys for Allstate Insurance Company
(erroneously sued as "Allstate Property and Casualty Insurance Company")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MATTHEW POTURICH AND TERESA POTURICH,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:15-cv-00081-GW-KKx<br><br>The Hon. Kenly Kiya Kato<br>Courtroom 3/4 Third Floor<br><br>**ALLSTATE'S NOTICE OF MOTION AND MOTION TO COMPEL QUALITY SHEDS, INC. TO COMPLY WITH SUBPOENA AND SHOW CAUSE ORDER**<br><br>Date:          August 20, 2015<br>Time:         10:00 a.m.<br>Dept.:         Courtroom 3/4<br><br>Complaint Filed:   December 12, 2014<br>Trial Date:              TBD |

SMRH:442386833.1

Case No. 5:15-cv-00081-GW-KKx
ALLSTATE'S NOTICE OF MOTION TO COMPEL QUALITY SHEDS TO COMPLY WITH SUBPOENA AND SHOW CAUSE ORDER

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 20, 2015, at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 3/4 Third Floor of the above-captioned court, located at 3470 Twelfth Street, Riverside, CA 92501, defendant Allstate Insurance Company ("Allstate") will and hereby does move the Court to order the following:

(1) Quality Sheds has waived all objections to Allstate's subpoena;

(2) Quality Sheds must produce documents responsive to Allstate's subpoena without objections within 20 days of the Court's order;

(3) Under Rule 45(g), that Quality Sheds show cause why a contempt citation should not be issued against it; and

(4) Quality Sheds and plaintiffs' counsel should be sanctioned $2,960 for Allstate's costs to bring this motion and failing to comply with local rules.

This Motion is made pursuant to Federal Rules of Civil Procedure Rules 37 and 45, on the basis that Quality Sheds has failed to respond to Allstate's subpoena and plaintiffs' counsel failed to cooperate in meet and confer efforts required by local rules. Consequently, Allstate requests that this Court order the following:

(1) Quality Sheds has waived all objections to Allstate's subpoena;

(2) Quality Sheds must produce documents responsive to Allstate's subpoena without objections within 20 days of the Court's order;

(3) Under Rule 45(g), that Quality Sheds show cause why a contempt citation should not be issued against it; and

(4) Quality Sheds and plaintiffs' counsel should be sanctioned $2,960 for Allstate's costs to bring this motion and failing to comply with local rules.

**Local Rule 37-2 Meet and Confer Efforts:**

Pursuant to Local Rule 37-1, Allstate has attempted to contact Quality Sheds and plaintiffs' counsel on multiple occasions to meet and confer regarding this discovery dispute. Plaintiffs' counsel represented that she would provide Quality

1  Sheds' responsive documents but then failed to produce any documents and ignored
2  Allstate's attempts to file a joint stipulation pursuant to Local Rule 37-2.2. (*See*
3  Declaration of Christina Ding ¶¶ 3-14, attached hereto.)
4        The Motion is based on this Notice of Motion and Motion, the attached
5  Memorandum of Points and Authorities, the attached Declaration of Christina Ding
6  filed concurrently herewith, the attached Exhibits, the pleadings and records on file
7  in this action, other matters of which the Court may take judicial notice, and such
8  matters as may be presented at the hearing on the Motion.

10 Dated: July 22, 2015        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

12                           By            s/ Christina Ding
13                                   CHRISTINA DING

14                     Attorneys for Allstate Insurance Company
15                     (erroneously sued also as Allstate Property and
                          Casualty Insurance Company)