SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
PKlee@sheppardmullin.com
JOHN D. EDSON, Cal. Bar No. 185709
JEdson@sheppardmullin.com
CHRISTINA DING, Cal. Bar. No. 286009
CDing@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone: 619.338.6500
Facsimile: 619.234.3815

Attorneys for Allstate Insurance Company
(erroneously sued as "Allstate Property
and Casualty Insurance Company")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| MATTHEW POTURICH AND TERESA POTURICH,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 5:15-cv-00081-GW-KKx<br><br>The Hon. Kenly Kiya Kato<br>Courtroom 3/4 Third Floor<br><br>**ALLSTATE'S NOTICE OF MOTION TO COMPEL PLAINTIFFS' DEPOSITIONS AND MOTION FOR SANCTIONS**<br><br>Date:   September 3, 2015<br>Time:   10:00 a.m.<br>Dept.:   Courtroom 3/4<br><br>Complaint Filed: December 12, 2014<br>Trial Date: January 12, 2016 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 3, 2015, at 10:00 a.m., or as soon thereafter as this matter may be heard in Courtroom 3/4 Third Floor of the above-captioned court, located at 3470 Twelfth Street, Riverside, CA 92501, defendant Allstate Insurance Company ("Allstate") will and hereby does move the Court to order the following:

(1) Plaintiffs must appear for their depositions on August 18 and 19, 2015;

(2) Plaintiffs shall pay sanctions to Allstate in the amount of $3,960.40 as a result of Plaintiffs' failure to appear at their depositions and to comply with court rules; and

(3) Alternatively, Plaintiffs are precluded from offering any testimony in support of their claims and further precluded from offering any documents requested by Allstate in the deposition notices that Plaintiffs may otherwise offer in support of their claims.

This Motion is made pursuant to Federal Rules of Civil Procedure Rules 30 and 37, on the basis that Plaintiffs failed to confirm their appearance at properly noticed depositions, failed to appear at those depositions, and failed to respond to Allstate's meet and confer efforts in rescheduling the depositions. Consequently, Allstate requests that this Court order the following:

(1) Plaintiffs must appear for their depositions on August 18 and 19, 2015;

(2) Plaintiffs shall pay sanctions to Allstate in the amount of $3,960.40 as a result of Plaintiffs' failure to appear at their depositions and to comply with court rules; and

(3) Alternatively, Plaintiffs are precluded from offering any testimony in support of their claims and further precluded from offering any documents requested by Allstate in the deposition notices that Plaintiffs may otherwise offer in support of their claims.

**Local Rule 37-1 Meet and Confer Efforts**:

Pursuant to Local Rule 37-1, Allstate attempted to contact Plaintiffs' counsel prior to noticing Plaintiffs' depositions and received no response. (Declaration of Christina Ding ¶¶ 3-1313, Ex. 1-9.) After noticing Plaintiffs' depositions for July 29 and 30, 2015, Allstate attempted to confirm Plaintiffs' appearances on two separate occasions. Less than 24 hours before the noticed deposition of Plaintiff Matthew Poturich, Plaintiffs' counsel informed Allstate that she was ill and would not be able to attend the depositions. Plaintiffs did not appear for their properly noticed depositions. Despite offering to reschedule, Plaintiffs' counsel has not responded to Allstate's attempts to reschedule the depositions as of the filing of this motion.

The Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the attached Declaration of Christina Ding filed concurrently herewith, the attached Exhibits, the pleadings and records on file in this action, other matters of which the Court may take judicial notice, and such matters as may be presented at the hearing on the Motion.

Dated: August 5, 2015         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                              By      s/ Christina Ding
                                    CHRISTINA DING

                              Attorneys for Allstate Insurance Company
                              (erroneously sued also as Allstate Property and
                              Casualty Insurance Company)