JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| MATTHEW POTURICH and TERESA POTURICH,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. EDCV 15-81-GW(KKx)<br><br>The Hon. George H. Wu<br>Courtroom 10<br><br>**ORDER GRANTING FEDERAL RULE OF CIVIL PROCEDURE RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Discovery Cut-off: February 2, 2016<br>Pretrial Conf. Date: May 2, 2016<br>Trial Date: May 10, 2016 |

1  Upon review of the Stipulation for Dismissal with Prejudice under Federal
2  Rule of Civil Procedure Rule 41, and good cause appearing:
3  IT IS HEREBY ORDERED THAT plaintiffs' first amended complaint shall
4  be dismissed with prejudice in exchange for Allstate's agreement to waiver its costs.
5  Each party shall bear their own attorneys' fees and costs.
6
7  IT IS SO ORDERED.
8
9  Dated: November 2, 2015
10
      George H. Wu
      United States District Judge